No. 73–1592.   NICKELLS ET AL. *v.* WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 73–1598.   PENNSYLVANIA *v.* CAMPANA ET AL. Sup. Ct. Pa.   Certiorari denied.

No. 73–1601.   CHRISTENSEN *v.* BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT No. 203 ET AL. C. A. 7th Cir.   Certiorari denied.

No. 73–1608.   THIBADEAU *v.* HENLEY.   C. A. 5th Cir. Certiorari denied.

No. 73–1618.   DAVENPORT *v.* ALTMAN ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 73–1620.   BROWN *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 73–1622.   ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* ARMCO STEEL CORP. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 73–1628.   OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION, AFL-CIO, ET AL. *v.* AMERICAN MAIZE-PRODUCTS CO.   C. A. 7th Cir.   Certiorari denied.

No. 73–1629.   SCHEELHAASE *v.* WOODBURY CENTRAL COMMUNITY SCHOOL DISTRICT ET AL.   C. A. 8th Cir. Certiorari denied.

No. 73–1630.   TRALICK *v.* PARK CHEMICAL CO. ET AL. C. A. 6th Cir.   Certiorari denied.